Tiffany FERRARA, Wodsnob, LLC, Appellants

v.

Courtney SEBASTIANELLI, Appellee

2016-2154

United States Court of Appeals, Federal Circuit.

March 13, 2017

HEATHER NORTON, Law Office of Heather Norton, San Francisco, CA, argued for appellants.

JAMES ROBERT MENKER, Holley & Menker, P.A., Atlantic Beach, FL, argued for appellee.

(Wallach, Chen and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**